# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ---------------------------------------------------------- X | |
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |
| ---------------------------------------------------------- | |
| *Perry et al. v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-10540-DRH-PMF[1] | **Judge David R. Herndon**<br><br>**ORDER** |
| *Parker et al. v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10541-DRH-PMF[2] | |
| *Outlaw et al. v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10543-DRH-PMF[3] | |
| *Bridges et al. v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10544-DRH-PMF[4] | |
| *Erdan et al. v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10545-DRH-PMF[5] | |
| *Taylor et al. v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10547-DRH-PMF[6] | |

---

[1] This Order applies to plaintiff Jessica Godfrey only.
[2] This Order applies to plaintiffs Sharon Crosby, Ella Jackson, and Slyvia Parker only.
[3] This Order applies to plaintiffs Stella Agogbou and Christina Outlaw only.
[4] This Order applies to plaintiffs Latunya Barlow and Barbara Lewis only.
[5] This Order applies to plaintiffs Alayna Erdan, Josephine Minor, and Anna Zelaya only.
[6] This Order applies to plaintiff Michelle A. Graham only.

*Scott et al. v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10548-DRH-PMF[7]

*Ramos et al. v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10562-DRH-PMF[8]

*Craig v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10565-DRH-PMF

*Little et al. v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10569-DRH-PMF[9]

*Rymarkiewicz et al. v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10570-DRH-PMF[10]

*Stancil v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10573-DRH-PMF

*Gabrey v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10574-DRH-PMF

*Lavergne v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10576-DRH-PMF

*Lanese et al. v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10577-DRH-PMF[11]

---

[7] This Order applies to plaintiff Linda Walker only.
[8] This Order applies to plaintiff Janette Ramos only.
[9] This Order applies to plaintiff Stephanie Tullis only.
[10] This Order applies to plaintiff Donna Weil only.
[11] This Order applies to plaintiffs Tinika Anderson-Oliver, Angela Barlow, Stephanie Jones, and Kelly Robertson only.

*Bush et al. v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10581-DRH-PMF[12]

*Ricca v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10595-DRH-PMF

# ORDER GRANTING LEAVE TO WITHDRAW

**HERNDON, Chief Judge:**

Movant seeks leave to withdraw as counsel of record for the plaintiffs in the above captioned cases. After considering the movant's motions, the Court finds that the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied. The motions are therefore **GRANTED.**

**Further,** the Court **ORDERS** as follows:

1. The Court directs movant to serve a copy of this order of withdrawal within 7 days upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1.

2. **Supplementary Entry of Appearance:** Should plaintiffs choose to continue pursuing this action, plaintiffs or their new counsel **must file a supplementary entry of appearance within 21 days of the entry of this Order**.

3. **Production or Discovery Extensions**: There is no indication that discovery or production extensions are warranted.

4. **If plaintiffs or their new counsel fail to file a supplementary entry of appearance within 21 days of the entry of this Order, plaintiffs' action**

---

[12] This Order applies to plaintiff Yannus Lovelady only.

will be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court.

5. Further, if after **21 days** of the entry of this Order, the plaintiffs are not in compliance with the requirements of CMO 12, CMO 60 or CMO 61, **their actions will be subject to dismissal WITH PREJUDICE in accord with the provisions of those case management orders**.

SO ORDERED:

Digitally signed by David R. Herndon
Date: 2014.07.17 12:26:55 -05'00'

**Chief Judge**  
**United States District Court**

Date: July 17, 2014